HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
JAMES CAPALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00419 GEB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| vs. | |
| JAMES CAPALBO, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant James Capalbo, through their respective attorneys, that the release conditions imposed on Mr. Capalbo on February 14, 2013, may be modified as set forth below.

At his initial detention hearing, Mr. Capalbo sought permission to live with Ms. Sandra Davis [Davis], Mr. Capalbo's former common-law spouse. They have an adult daughter in common, and although separated, have remained close, supportive friends. Then, as now, Davis resided at the Bamboo Tree Mobile Home Park in Sacramento. The request to live with Davis was denied, largely if not entirely, as Davis' then 17 year-old granddaughter was residing with her. The prohibition against entering the mobile home park was set forth in Special Condition of Release #21 [Docket #18]. Mr. Capalbo now seeks to modify this condition.

Since Mr. Capalbo first came under the supervision of Pre-Trial Services, Davis has become quite ill. With Pre-Trial Services' full knowledge, Mr. Capalbo has been meeting Davis

in a parking lot adjacent to the mobile home park so that he can take her to doctor appointments, assist her with grocery shopping, running errands, etc. Her infirmities make this arrangement very difficult for Davis, who has no one else able to assist her with her daily tasks. Pre-Trial Services has confirmed with Davis that she is ill and reliant on Mr. Capalbo.

Since Special Condition of Release #21 was first imposed on Mr. Capalbo, the circumstances at Davis' residence have changed: her granddaughter is now over 18, and no longer lives with her. During the time that Pre-Trial Services has supervised Mr. Capalbo, he has been compliant with all the requirements imposed upon him. Pre-Trial services will defer to the decision of the Court on this matter. Pre-Trial Services does continue to have a concern regarding Mr. Capalbo entering the property due to the presence of an unsecure Wi-Fi network there.

Accordingly, the parties stipulate that the following condition may be modified as follows:

> 21. You may visit the residence of Ms. Sandra Davis at the Bamboo Tree Mobile Home Park. These visits must be between the hours of 9:00 a.m. and 5:00 p.m. You are not to visit any other residence on the property.

All other conditions shall remain in force.

Dated: December 2, 2013

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ MATTHEW M. SCOBLE*
                        MATTHEW M. SCOBLE
                        Assistant Federal Defender
                        Attorney for Defendant
                        JAMES CAPALBO

Dated: December 2, 2013

                        BENJAMIN B. WAGNER
                        United States Attorney

                        */s/ M. Scoble for K. Reardon*
                        KYLE REARDON
                        Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Capalbo are modified as follows:

21. You may visit the residence of Ms. Sandra Davis at the Bamboo Tree Mobile Home Park. These visits must be between the hours of 9:00 a.m. and 5:00 p.m. You are not to visit any other residence on the property.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: December 4, 2013

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE